JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JONES,<br><br>        Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK d/b/a CARE CREDIT, and TRANSUNION, LLC,<br><br>        Defendants. | Case No. CV 21-4674-DMG (SPx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [15] [16]** |

      Based on (1) the Joint Stipulation of Dismissal with Prejudice of Trans Union LLC filed by Plaintiff and Defendant Trans Union and (2) Plaintiff's Notice of Voluntary Dismissal of Defendant Synchrony Bank, with prejudice, and good cause appearing therefor,

      IT IS HEREBY ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Eric Jones against Defendant Trans Union LLC are dismissed with prejudice, and the above-captioned action is dismissed with prejudice in its entirety. The parties shall bear their own respective fees and costs. All scheduled dates and deadlines are VACATED.

DATED: September 7, 2021

                                          DOLLY M. GEE
                                          UNITED STATES DISTRICT JUDGE